UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

MICHAEL E. STEWART PLAINTIFF

V. CIVIL ACTION NO: 1:06CV187-LG-JMR

J.E. BORRIES, INC. DEFENDANT

TRANSCRIPT OF JURY VERDICT
VOLUME 2 OF 2
PAGES 982 - 988

BEFORE HONORABLE LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE

MARCH 3 , 2008
GULFPORT, MISSISSIPPI

COURT REPORTER:

KATI M. VOGT, RPR,
2012 15TH STREET, SUITE 714
GULFPORT, MISSISSIPPI 39501
(228) 679-1084

APPEARANCES:

REPRESENTING THE PLAINTIFF:

RALPH P. KING, II, ESQUIRE
JAMES A. GEORGE, ESQUIRE
LEONARD CARDENAS, ESQUIRE

REPRESENTING THE DEFENDANT:

VINCENT J. CASTIGLIOLA, JR., ESQUIRE
JOSHUA W. DANOS, ESQUIRE

INDEX

| | PAGE |
|---|---|
| JURY VERDICT | 993 |
| REPORTER'S CERTIFICATE | 999 |

(March 3, 2008, 10:35 a.m.)

MR. KING: Your Honor, may I be heard a moment on a matter? I wanted to make sure you were aware of circumstances surrounding Mr. George's absence today.

THE COURT: I understand that he is ill.

MR. KING: Yes, sir. He fell and broke a rib. He asked me to apologize to the Court.

THE COURT: Please tell him that I inquired on his behalf and I hope he's well. That's a very painful injury. I'm sorry to hear about that.

All right. I am advised, however, that the jury has returned a verdict. Is the plaintiff ready to proceed?

MR. CARDENAS: Ready, Your Honor.

THE COURT: Defendant ready to proceed?

MR. CASTIGLIOLA: Yes, Your Honor.

THE COURT: Thank you. Be seated, please.

(JURY IN AT 10:38 A.M.)

THE COURT: A very good morning to you, ladies and gentlemen of the jury. Ms. Lindley, as the presiding juror in this case, I have been advised by the court security officer that the jury has returned a verdict. Is that correct, ma'am?

JURY FOREPERSON: Yes, sir.

THE COURT: Is it a unanimous verdict?

JURY FOREPERSON: Yes, sir.

THE COURT: Would you please hand the verdict to the

court security officer?

(VERDICT TENDERED TO CLERK.)

THE COURT: The verdict is in the appropriate form. I'm going to ask that the clerk of the court publish the verdict here in open court.

Ladies and gentlemen, what that means is she is going to read it. I want you to listen very carefully as she reads the verdict of the jury to be sure that that is your verdict.

THE CLERK: In the United States District Court for the Southern District of Mississippi, Southern Division, Michael Stewart, plaintiff, versus J.E. Borries, Inc., defendant, Cause Number 1:06cv187-LG-JMR, verdict form:

Question No. 1, A: Do you find by preponderance of the evidence that the plaintiff was assigned permanently to a vessel or performed a substantial part of his work on a vessel?

Answer: No.

B: Do you find by a preponderance of the evidence that the capacity in which the plaintiff was employed or the duties that he performed contributed to the function of the vessel's mission or to the accomplishment of a vessel's mission or to the operation or maintenance of a vessel during its movement?

Answer: No.

Signed March 3, 2008, Dawn L. Lindley, foreperson.

THE COURT: Very well.

Ladies and gentlemen of the jury, I am going to excuse you

with the thanks, and I mean the sincere thanks, of the Court, the litigants, and the lawyers, and the court staff, as well. It was represented to you early on that the case would probably only take a few days. As you can see, I'm not any better at mathematics as I am at predicting time, but you have been very attentive, and you have done your duty and done it well.

You are now released from the obligation of talking about the case. You can talk with anybody about it that you want to, or you don't have to talk with anybody about it. That is entirely up to you. Your verdict and your deliberative process are personal, so if it's a matter that you want to keep to yourself, you're certainly able to do that.

I will ask that you meet with me very briefly back in the jury room. I have some documents and some papers that I want you to have before you leave, and I would also like to talk with you very briefly about the process, and that is because I want to know if there's anything that we can do better, whether it's a simple matter like the parking situation or whether it's the jury room itself. You see, we come here every day, and we get used to our surroundings, but you've come here kind of with a fresh eye, so if you see a way that we can do it a little bit better so that juries that come behind you would be more comfortable or do a better job, I'd like to hear about it. I promise you I will only keep you very few minutes so you can get a jump on this inclement weather that's headed here from

the West.

Is there anything else on behalf of the plaintiff?

MR. CARDENAS: No, Your Honor.

THE COURT: Anything else on behalf of the defendant?

MR. CASTIGLIOLA: No, Your Honor.

THE COURT: Thank you, ladies and gentlemen. You may go back to the jury room, and I will tend to you very shortly.

(JURY EXCUSED AT 10:41 a.m.)

THE COURT: All right. On behalf of the plaintiff, is there any reason why the verdict of the jury should not be recorded of record?

MR. CARDENAS: No, Your Honor.

THE COURT: Anything on behalf of the defendant?

MR. CASTIGLIOLA: No, Your Honor.

THE COURT: Then I'll ask that the clerk of the Court record and file the verdict of the jury. The Court will enter a judgment according to that verdict.

Gentlemen and ladies, thank you very much for being here on time and being so attentive. I do very much appreciate it. And if there is nothing else, then, we are adjourned. And once again, please extend to Mr. George my expressions of concern over his physical condition.

MR. KING: Thank you, Judge.

THE COURT: Thank you. We're adjourned.

(COURT ADJOURNED AT 10:43 A.M.)

CERTIFICATE OF COURT REPORTER

I, Kati M. Vogt, RPR, Official Court Reporter for the United States District Court for the Southern District of Mississippi, appointed pursuant to the provisions of Title 28, United States Code, Section 753, do hereby certify that the foregoing is a correct transcript of the proceedings reported by me using the stenotype reporting method in conjunction with computer-aided transcription, and that same is a true and correct transcript to the best of my ability and understanding.

I further certify that the transcript fees and format comply with those prescribed by the Court and the Judicial Conference of the United States.

____________________________

KATI M. VOGT, RPR
OFFICIAL COURT REPORTER